**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA A. HOFACKER,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>: CASE NO.:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF REMOVAL FROM STATE COURT
FILED BY WELLS FARGO BANK, N.A.**

Defendant, Wells Fargo Bank, N.A. ("Defendant"), incorrectly identified as Wells Fargo Bank National Association, files this Notice of Removal from State Court ("Notice") pursuant to 28 U.S.C. §§ 1441(a) and 1446, the grounds for which are as follows:

1.      This action was commenced by plaintiff, Lisa A. Hofacker ("Plaintiff"), in the Court of Common Pleas of Lehigh County, Pennsylvania, at Docket No. 2015-C-1830 by filing a Writ of Summons on June 10, 2015.

2.      Thereafter, Plaintiff filed a Complaint and Notice to Plead/Notice to Defend on December 22, 2015.

3.      Counsel for Defendant accepted service of the Complaint on behalf of Defendant on January 4, 2016.

4.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Plaintiff's Writ of Summons, Complaint, and Notice to Plead/Notice to Defend, which comprise all of the "process, pleadings, and orders . . . in [this] action," are attached as Exhibit A to this Notice and are incorporated herein by reference.

5.      There have been no other proceedings in this action.

FPDOCS 31366877.1

6. Jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1331.

7. In the Complaint, Plaintiff alleges the following two causes of action: (1) alleged violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, et seq.; and (2) alleged violation of the Pennsylvania Human Relations Act ("PHRA"), 43 Pa. C.S.A. § 951, et seq. See Exhibit A.

8. The present lawsuit is removable from state court to the District Court of the United States pursuant to 28 U.S.C. §§ 1331 and 1441(a) in that it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff's claim under the ADA is a claim that arises under the laws of the United States, at 42 U.S.C. § 12101, et seq.

9. Additionally, jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1332.

10. Plaintiff has asserted that she is a resident of Aquashicola, Carbon County, Pennsylvania. Exhibit A.

11. Defendant Wells Fargo Bank, N.A. is a national banking association and federally chartered bank. As such, it is a citizen of the state in which its main office is located, as set forth in its Articles of Association, Wachovia Bank, N.A. v. Schmidt, 546 U.S. 303 (2006). Defendant Wells Fargo Bank, N.A.'s main office is located in Sioux Falls, South Dakota. Accordingly, Wells Fargo Bank, N.A. is a citizen of the State of South Dakota.

12. As such, for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a), Plaintiff is a citizen of Pennsylvania and Defendant is a citizen of South Dakota.

13. Based upon the Complaint and upon information and belief, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

14. The present lawsuit is also removable from state court to the District Court of the United States pursuant to 28 U.S.C. §§ 1332 and 1441(a) in that there is complete diversity of citizenship amongst Plaintiff and Defendant, and the amount in controversy exceeds $75,000.00.

15. Pursuant to 28 U.S.C. § 1367, the Court may exercise supplemental jurisdiction over Plaintiff's claims arising under the PHRA.

16. This Notice of Removal From State Court is timely, it being filed within 30 days of the receipt by Defendant of a copy of the Complaint setting forth the claims for relief upon which the action is based, as provided by 28 U.S.C. § 1446(b).

17. Written notice of the filing of this Notice of Removal From State Court has been served on the Plaintiff in accordance with 28 U.S.C. § 1446(d).

18. To effect removal of this action pursuant to U.S.C. § 1446(d), Defendant, upon filing the Notice of Removal From State Court in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, is also filing a true and correct copy of this Notice of Removal From State Court with the Prothonotary of the Court of Common Pleas of Lehigh County, Pennsylvania, to effect removal of this action pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Wells Fargo Bank, N.A. respectfully requests that the above-described action pending in the Court of Common Pleas of Lehigh County, Pennsylvania be removed to this Court.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

Date: February 2, 2016          By: _____

Michael R. Galey, Esquire
Lauren Fuhman Cell, Esquire
150 N. Radnor Chester Road, Suite C300
Radnor, PA  19087
(610) 230-2150 (phone)
mgaley@laborlawyers.com
lcell@laborlawyers.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I, Lauren Fuiman Cell, Esquire, hereby certify that on this 2nd day of February 2016, a true and correct copy of the Notice of Removal from State Court Filed by Wells Fargo Bank, N.A. was filed and is available for viewing and downloading from the Court's ECF system and was served upon the following attorneys via Hand Delivery and e-mail:

> Adam D. Meshkov, Esquire
> MESHKOV & BRESLIN
> 830 Lehigh Street
> Easton, PA 18042
> adm@meshkovbreslin.com
>
> *Attorneys for Plaintiff*

Lauren Fuiman Cell