IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. HOFACKER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-517 |
| WELLS FARGO BANK NATIONAL ASSOCIATION, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this   7th   day of April, 2016, upon consideration of Defendant, Wells Fargo Bank National Association's, "Motion to Dismiss Plaintiff's Complaint" (Doc. No. 4), the Response in Opposition by Plaintiff, Lisa A. Hofacker, and Defendant's Reply in Further Support, it is hereby **ORDERED** that:

1. the Motion is **GRANTED WITHOUT PREJUDICE**; and

2. Lisa A. Hofacker is **GRANTED** leave to file an amended Complaint consistent with our Memorandum Opinion within 14 days of this Order.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE