IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. HOFACKER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-517 |
| WELLS FARGO BANK NATIONAL ASSOCIATION, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this   5th   day of July, 2016, upon consideration of Defendant, Wells Fargo Bank National Association's ("Defendant") "Motion to Dismiss Plaintiff's Amended Complaint" (Doc. No. 12), the Response in Opposition by Plaintiff, Lisa A. Hofacker, and Defendant's Reply in Further Support, it is hereby **ORDERED** the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE